UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN A. SORENSON,

        Petitioner,

  v.

K. D. HARRIS,

        Respondent.

_____/

No. C 15-2430 NC (PR)

**ORDER OF TRANSFER**

    This federal habeas action, in which petitioner challenges convictions he suffered in the Tehama County Superior Court, is TRANSFERRED to the Eastern District of California, as that is the district of conviction. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith.

    IT IS SO ORDERED.

DATED:   June 17, 2015                         _____

                                                NATHANAEL M. COUSINS
                                                United States Magistrate Judge

**United States District Court**
For the Northern District of California